**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1956**

NATIONSTAR MORTGAGE, LLC,

        Plaintiff - Appellee,

    v.

MARCUS L. HALL,

        Defendant - Appellant,

    and

ROSA C. HALL; DEER LAKE HOMEOWNERS ASSOCIATION, INC.,

        Defendants.

Appeal from the United States District Court for the District of South Carolina, at Columbia. Joseph F. Anderson, Jr., Senior District Judge. (3:17-cv-01499-JFA)

Submitted: December 21, 2017               Decided: December 27, 2017

Before WILKINSON and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Marcus L. Hall, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcus L. Hall has noted an appeal from the district court's order adopting the magistrate judge's report and recommendation and remanding a removed foreclosure action to South Carolina state court. "[A] district court may remand a case *sua sponte* for lack of subject matter jurisdiction at any time, 28 U.S.C. § 1447(c) [(2012)], and such an order is not reviewable." *Doe v. Blair*, 819 F.3d 64, 66-67 (4th Cir. 2016). The district court remanded Hall's action for lack of subject matter jurisdiction because the complaint did not present a federal question or diversity of citizenship. Because the district court remanded the action for lack of subject matter jurisdiction, we lack jurisdiction to review its order. Accordingly, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*